PETER GOODMAN
Attorney at Law
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California  94104
Telephone: (4l5) 781-8866
Facsimile:   (415) 781-2266
goodmanlawoffice@att.net

Attorney for Defendant
LUIS FERNANDO AGUILAR-SOTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTONIO JOSE DIAZ-RIVERA, et al.,<br><br>    Defendants. | CR-12-0030 EMC<br><br>STIPULATION AND [PR~~OPOS~~ED]<br>ORDER CONTINUING SENTENCING<br>DATE |

The United States of America, by its attorneys, Melinda Haag, United States Attorney, and Assistant United States Attorney ("AUSA") Alexandra P. Summer, and defendant LUIS FERNANDO AGUILAR-SOTO, by his attorney, Peter Goodman, hereby submit this Stipulation and [Proposed] Order requesting that the January 8, 2014, date currently set for the defendant's sentencing in this matter be continued to January 22, 2014, at 2:15 p.m.

The parties hereby stipulate and agree to the following:

1.    On October 9, 2013, defendant AGUILAR-SOTO pleaded guilty to the sole count in a Superseding Information filed the previous day charging him with violating 21 U.S.C. §§841(a)(1) and 841(b)(1)(B)(viii).   Sentencing in the matter was scheduled for January 8, 2014, at 2:30 p.m.

2. Defense counsel is investigating a contested factual issue which could impact the sentencing decision in this case and needs additional time to complete that investigation. Defense counsel has proposed to AUSA Summer and United States Probation Officer ("USPO") Sarah Rizor Black that the sentencing date in this matter be continued two weeks to January 22, 2014, at 2:30 p.m. Both AUSA Summer and USPO Black are agreeable to the continuance sought by defense counsel and are available on the new sentencing date and time sought herein.

SO STIPULATED

DATED: January 3, 2014

MELINDA HAAG
United States Attorney

By: /s/
ALEXANDRA P. SUMMER
Assistant United States Attorney

SO STIPULATED

DATED: January 3, 2014

/s/
PETER GOODMAN
Attorney for Defendant
LUIS FERNANDO AGUILAR-SOTO

ORDER CONTINUING SENTENCING DATE

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the sentencing date of defendant AGUILAR-SOTO, which is presently scheduled for January 8, 2014, at 2:30 p.m., be continued to January 22, 2014, at 2:15 p.m.,

DATED: 1/3/14

APPROVED
Judge Edward M. Chen

_____
DISTRICT COURT JUDGE